## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Joan  Sarti**                                **BK NO. 20-00373 RNO**

                    **Debtor(s)**                **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                   Respectfully submitted,

                   **/s/ James C. Warmbrodt, Esquire**
                   James C. Warmbrodt, Esquire
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA  19106
                   215-627-1322