In re:                                                          Case No. 20-00373-RNO
Joan Sarti                                                      Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke        Page 1 of 1          Date Rcvd: Mar 10, 2020
                             Form ID: ordsmiss      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db                  Joan Sarti,    209 George St.,   Moosic, PA  18507-1119
5310634           +M&T Bank,    PO BOX 1508,    BUFFALO, NY 14240-1508
5297225            M&T Bank,    PO Box 619063,    Dallas, TX  75261-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr                +EDI: PRA.COM Mar 10 2020 23:13:00     PRA Receivables Management, LLC,    PO Box 41021,
                   Norfolk, VA 23541-1021
5297582           +EDI: PRA.COM Mar 10 2020 23:13:00     Orion,    c/o PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                    TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joan Sarti,                                          Chapter        13

    **Debtor 1**
                                                     Case No.       5:20–bk–00373–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  March 10, 2020                               By the Court,

                                                     Honorable Robert N. Opel, II
                                                     United States Bankruptcy Judge
                                                     By: ToniaWilson, Deputy Clerk

ordsmiss (05/18)